AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BERTHA R. MITRANI, SPECIAL AGENT CHRISTOPHER CARUSO (305) 629-1742

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ALEXANDRE PEREIRA, ET AL.

**WARRANT FOR ARREST**

CASE NUMBER: **00-6089 CR-ROETTGER**

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROBERT STEELE__
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and with the intent to defraud, conspiring to, and actually using one or more unauthorized access devices (credit cards), to obtain a sum of money equal to or greater than $1000 during a one year period;

in violation of Title __18__ United States Code, Section(s) __2;1029(a)(2), (b)(1), (b)(2);__

CLARENCE MADDOX
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Bail fixed at $ __50,000 Corporate Surety Bond w/ Nebbia__

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

April 6, 2000, Fort Lauderdale, Florida
Date and Location

_Lurana S. Snow_
by Lurana S. Snow, Chief U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Robert L. Steele

ALIAS: _____

LAST KNOWN RESIDENCE: 950 Hilcrest Drive #609, Hollywood Florida

LAST KNOWN EMPLOYMENT: EEI 2758 West Atlantic Blvd. Pompano Beach, Florida

PLACE OF BIRTH: _____

DATE OF BIRTH: 6/3/40

SOCIAL SECURITY NUMBER: _____

HEIGHT: 5'11"   WEIGHT: _____

SEX: Male   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: 251334W3

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: Chistopher Caruso, Special Agent, Secret Service 954 925-0717