# COURT MINUTES

**U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE**

| | | | |
|---|---|---|---|
| DEFT: | Robert Steele (J)# | CASE NO: | 00-6089-CR-Roettger |
| AUSA: | Bertha Mitrani *present* | ATTNY: | |
| AGENT: | | VIOL: | 18:1029 |
| PROCEEDING: | Initial Appearance | BOND REC: | ~~50,000~~ 100,000 Corp. Surety |

BOND HEARING HELD: (yes)/no    COUNSEL APPOINTED: ___

BOND SET @ $100,000 Corp Surety w/ Nebbia

[Stamp: FILED APR 13 2000 CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]

CO-SIGNATURES: ___

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents. — *passport to be surrendered before release*
4) Rpt to PTS (as directed) /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: Dade/Broward & Palm Bch counties
12) Halfway House ___ Electronic Monitoring ___

Reside at current address, no illegal drugs or excessive alcohol

Order signed unsealing
△ – Advised of charges
△ – Will hire an atty

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| NEXT COURT APPEARANCE: | | | |
| INQUIRY RE COUNSEL: | 4-14-00 | 11:00 am | BSS ✓ |
| BOND HEARING: *nia* | | | |
| PRELIM/ARRAIGN-OR-REMOVAL: | 4-14-00 | 11:00 m | BSS ✓ |
| STATUS CONFERENCE: | | | |

DATE: 4-13-00    TIME: 11:00am    TAPE # 00-021    PG # 8

580-1310

5/pm