U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Robert Steele (J)# | CASE NO: | 00-6089-CR-Roettger |
| AUSA: | Bertha Mitrani /Reel | ATTNY: | Charles Jaffee |
| AGENT: | | VIOL: | |
| PROCEEDING: | Inquiry re Counsel/ Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
     ___ Electronic Monitoring

FILED by ___ D.C.
APR 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA./FT. LAUD.

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 5-2-00   11:00am   BSS
STATUS CONFERENCE: _____

DATE: 4-14-00     TIME: 11:00am     TAPE # 00-087   PG # 9
3172-3255