

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6089-CR-Roettger

UNITED STATES OF AMERICA

vs

Robert Steele

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 4-14-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and c~~xxxxxx~~appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date.

DEFENDANT: Address: In Custody

Telephone: _____

DEFENSE COUNSEL: Name: Charles Jaffee

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ Cont'd in custody

Bond hearing held: yes ___ no ___  Bond hearing set for _____

Dated this 14 day of April, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____
Deputy Clerk

Tape No. 00-027

cc: Clerk for Judge
    U. S. Attorney