FILED by _____ D.C.

APR 1 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 10305-050

UNITED STATES OF AMERICA
                    Plaintiff

Case Number: CR 00-6089-CR-NCR
REPORT COMMENCING CRIMINAL
                ACTION

-vs-

Robert Steele

                    Defendant

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 4/13/2000              am/pm

(2)  Language Spoken: ENGLISH

(3)  Offense (s) Charged: CREDIT CARD FRAUD

(4)  U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth: 6-3-40

(6)  Type of Charging Document:  (check one)
     [✓] Indictment  [ ] Complaint  To be filed/Already filed
     Case #: 00-6089-CR-NCR

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: S/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ 50,000 CSB
Who set Bond: _____

(7)  Remarks:

(8)  Date: 4/13/2000   (9) Arresting Officer: _____

(10) Agency: SECRET SERVICE    (11) Phone: _____

(12) Comments: