UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6089-CR-ZLOCH

UNITED STATES OF AMERICA,        :

      Plaintiff,            :

v.                               :

ROBERT STEELE,                   :

      Defendant.            :
_____



## STATUS REPORT

A status conference was held in this cause on May 1, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery will be sent out on or before May 2, 2000.

    2. Counsel for the defendant shall have until May 17, 2000, within which to file pretrial motions.

    3. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 2nd day of May 2000.

                                              LURANA S. SNOW
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bertha Mitrani (FTL)
Charles Jaffe, Esq.