HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __PABLO PUNTIEL__　CASE NO: __00-8029-CR-DIMITROULEAS__

AUSA __KAREN ATKINSON / Rosenthal__　ATTY __MARTIN BIDWILL__　00-023

*to be a plea*　　　*Tim Day @ 900*　00

DEFT __ROBERT STEELE__　CASE NO: __00-6089-CR-ZLOCH__

AUSA __BERTHA MITRANI__ — *pres'*　ATTY __CHARLES JAFFEE__

*Disc going out today Fedex*
*No pending motions   5-17 mot due  @ 927*

DEFT __ROBERTO FARRADAZ - ETAL__　CASE NO: __00-6090-CR-ZLOCH__

AUSA __LARRY BARDFELD__　ATTY __VINCENT FLYNN__ — *Disq for Flynn*

RICK DIAZ, ESQ. for Orlando Mesa/FPD for Edgar Guzman

*new cnsl pres  Dis out — disc conference needed @ 969*
*may come in on Guzman  M/disc 5-17*

DEFT __RAMON PERDOMO__　CASE NO: __00-6093-CR-FERGUSON__

AUSA ~~JEFFREY KAY~~ / *Roger Powell*　ATTY __FPD__

*Disc out today —*
*No pending motions — 5-15 for motions   @ 1033*

DEFT __JUANA DUQUE-DIAZ__　CASE NO: __00-6094-CR-ROETTGER__

AUSA __DEBRA STUART__ / *Rosenthal*　ATTY __MARTIN BIDWILL__  *Day stood in*

*M/cont filed*　　　　@ 1081
*5-22 for motions*

DEFT _____　CASE NO: _____

AUSA _____　ATTY _____

DATE __MAY 1, 2000__　TIME __11:00__

23