**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | CASE NUMBER |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | 00-6089-CR-ROETTGER |
| ) | |
| **ROBERT STEELE,** ) | THIS VOLUME: |
| ) | PAGES 1 - 5 |
| DEFENDANT. ) | |
| _____) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON THURSDAY, APRIL 13, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   KATHLEEN B. RICE, A.U.S.A.

FOR THE DEFENDANT:    CHARLES J. JAFFEE, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**