UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6089 CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT STEELE,

    Defendant.
_____/



## MOTION TO MODIFY CONDITIONS OF BOND

Comes Now the Defendant Robert Steele, by and through undersigned counsel and moves this Court to modify the conditions of bond set in this cause and states as follows.

1. When the defendant was arrested in this case on April 13, 2000, the magistrate set a $100,000.00 corporate surety bond, which the defendant cannot make.

2. The Government, through Assistant U.S. Attorney Bertha Mitrani has agreed that the bond be modified to include the following conditions

    A. A $75,000 10% cash bond

    B. The Government requires that the defendant appear in person at pre-trial services once a week and telephone pre-trial services once a week.

    C. A requirement that Robert Steele sign a signature bond in the amount of $75,000.00.

    D. All other standard conditions of bonds in this district to be imposed.

3. Assistant U. S. Attorney Bertha Mitrani has no objection to the granting of this motion.

Respectfully submitted,

CHARLES L. JAFFEE
1701 W. Hillsboro Blvd., #303
Deerfield Beach, FL 33442
(954) 425-0606
Fl Bar #223417

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been mailed and faxed to Assistant U.S. Attorney Bertha Mitrani this 17th day of May, 2000 at 500 E. Broward Blvd., Suite 700, Fort Lauderdale, FL 33394.

CHARLES L. JAFFEE