COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ROBERT STEELE (J)          CASE NO: 00-6089-CR-ROETTGER
AUSA: BERTHA MITRANI              ATTY: CHARLES JAFFEE
AGENT:                             VIOL:
PROCEEDING STIPULATED BOND         RECOMMENDED BOND 75,000 10% & PSB
BOND HEARING HELD - yes/no         COUNSEL APPOINTED
    BOND SET @ 75,000         +  75,
    SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS_____ x's a wk/month by phone; _____ x's a wk/month in person
3) Travel extended to:

_Hard indused_
_Condition as originally set by_
_Judge Seltzer remain in effect_

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN:
                        REMOVAL HRG:
                        STATUS CONF:

Date: 5-22-00   Time 11:00    FTL/LSS
                              TAPE #00- 625  Begin: 2410  End: 2619

30/DM

*FILED by SB MAY 2 2 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. L.*