HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6089-CR-NCR    Date: 5/30/00
Courtroom Clerk: _____    Court Reporter: Reinis
Probation Officer: _____    Interpreter: port.

Plaintiff(s): U.S.A.    Counsel: Mitrani

Defendant(s): A. Pereira (J)    Counsel: J. Rodriguez
B. Steele (B)    R. Caffee

Reason For Hearing: _____

Result of Hearing/Judgment: Not jointed. Arraign
C+ to Steele. Pereira take
transferred to Judge Hoeveler.

Misc.: _____