HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6089-CR    Date: 11/16/00
Courtroom Clerk: P. Hart    Court Reporter: Reeves
Probation Officer: _____    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Mitrani

Defendant(s): B. Steele    Counsel: C. Gaffee

Reason For Hearing: Plea

Result of Hearing/Judgment: D plead & adj. as guilty. PSI ordered. Sent. set Fri Jan 26, 2001 at 10:00 A.M. Bond cont'd.

Misc.: _____