UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6089-CR-ROETTGER

UNITED STATES OF AMERICA,

             Plaintiff,

vs

ROBERT STEELE,

             Defendant.
------------------------------------/

## MOTION TO SEAL

Comes now the Defendant ROBERT STEELE by and through undersigned counsel and moves this Court to seal the contents of the Motion for Continuance of Sentencing and states as follows:

1. On January 10, 2001, undersigned counsel filed a Motion for Continuance of Sentencing.

2. The contents of the Motion contained sensitive information and it was requested that the information be sealed.

WHEREFORE, based on the above information, it is requested that the Motion for Continuance of Sentencing be sealed.

                                Respectfully submitted,

                                _____
                                CHARLES L. JAFFEE, P/A.
                                Attorney for
                                1761 W. Hillsboro Blvd. Suite 401
                                Deerfield Beach, FL   33442
                                (305) 425-0606
                                FLORIDA BAR No. 223417

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed postage prepaid to the U.S. Attorneys Office, Att: Bertha Mitrani, 500 E. Broward Blvd., Ft. Lauderdale, Fl 33394, this ___ day of January, 2001.

                                _____
                                Charles L. Jaffee