HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.

FEB 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6089-CR-NCR  Date: 1/26/01
Courtroom Clerk: P. Hart  Court Reporter: Reeves
Probation Officer: _____  Interpreter: _____
Plaintiff(s): U.S.A.  Counsel: Mitrani

Defendant(s): B. Steele (B)  Counsel: C. Gaffer

Reason For Hearing: sent & violation of S.R.

Result of Hearing/Judgment: Court continued sent. because of possibility of upward departure

Misc.: _____

53/pr