UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6089-CR-ROETTGER

UNITED STATES OF AMERICA

v

ROBERT STEELE

NOTICE



FILED by _____ D.C.
MAY 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>WEDNESDAY MAY 23, 2001 at 10:30 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

---

TYPE OF PROCEEDING:

    SENTENCING & VIOLATION OF SUPERVISED RELEASE HEARING

---

CLARENCE MADDOX, CLERK

DATED: 5/14/01

BY: _P. Hart_

Deputy Clerk

54/04