FILED by _____ D.C.
MAY 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6083-CR-NCK   Date: 5/23/01
Courtroom Clerk: P. Hait   Court Reporter: Reeves
Probation Officer: present   Interpreter: ___

Plaintiff(s): U.S.A.   Counsel: Mitrani

Defendant(s): B. Steele (B)   Counsel: C. Gaffe

Reason For Hearing: Sentencing

Result of Hearing/Judgment: D didn't show.
A.W. to be issued

Misc.: ___