CR 12 (Rev. 9/82)

## WARRANT FOR ARREST

**United States District Court**

DISTRICT: SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.
ROBERT STEELE

DOCKET NO.: 00-6089-CR-ROETTGER
MAGISTRATE CASE NO.:

FILED by _____ D.C.

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:
Robert Steele
400 N.W. 67th Street #105
BOCA RATON, FL  33487

MAY 23 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

WARRANT ISSUED ON THE BASIS OF:
☐ Indictment   ☐ Information   ☒ Order of Court   ☐ Complaint

TO: ANY U.S. MARSHAL

DISTRICT OF ARREST: SOUTHERN DISTRICT FLORIDA

CITY: Ft. Lauderdale, Florida

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

FAILURE TO APPEAR FOR SENTENCING

IN VIOLATION OF

UNITED STATES CODE TITLE: 
SECTION:

BAIL FIXED BY COURT: No bail authorized  NCRoettger

OTHER CONDITIONS OF RELEASE:

ORDERED BY: NORMAN C. ROETTGER

SIGNATURE (JUDGE/U.S. MAGISTRATE): Norman C. Roettger

DATE: 23 May 2001

CLERK OF COURT: Clarence Maddox

(BY) DEPUTY CLERK: Priscilla B. Hewitt

DATE ISSUED: May 23, 2001

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record