UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JAN 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO: 00-6089-CR-ROETTGER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | ORDER TRANSFERRING CASE FROM THE |
| ) | ACTIVE FILES TO THE CLERK'S |
| ) | FUGITIVE FILE |
| ROBERT STEELE ) | |
| _____/ | |

The above named defendant, Robert Steele, is hereby transferred from the active file to the clerk's fugitive file until such time as the defendant are apprehended.

DONE AND ORDERED at Ft. Lauderdale, Florida this 28 day of Jan, 2002.

_____
NORMAN C. ROETTGER
U.S. District Court Judge

cc: U.S. Attorney

