UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6010-TP-Cohn
Case No. 00-6089-CR-Roettger

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ROBERT STEELE,

      Defendant.
_____/

### ORDER GRANTING MOTION TO ACCEPT RELATED CASE

THIS CAUSE is before the Court upon the United States' Motion to Accept Related Case [DE 10]. The Court has carefully considered the motion and is otherwise fully advised in the premises.

Currently pending before this Court is the alleged violation of probation involving Defendant Robert Steele. The Government seeks now to transfer a related criminal proceeding to this Court (still assigned to a now deceased U.S. District Judge). It is in the interest of all concerned to consolidate these two matters.

Accordingly, it is **ORDERED AND ADJUDGED** that the United States' Motion to Accept Related Case [DE 10] is hereby **GRANTED**. The Clerk shall transfer Case No. 00-6089-CR-Roettger to the undersigned.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 19th day of May, 2008.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Michael Wallesia, AUSA