UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6089-CR-ROETTGER/COHN

UNITED STATES OF AMERICA

vs.

ROBERT STEELE,
    Defendant.
_____/

### ORDER OF DISMISSAL

The United States Attorney for the Southern District of Florida, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, hereby dismisses without prejudice the Indictment and any outstanding arrest warrants in case number 00-6089-CR-ROETTGER/COHN; and the Petition for Summons for Offender Under Supervision signed by the Court on October 30, 2000, the Superseding Petition for Warrant for Offended Under Supervision signed by the Court on September 19, 2001, and the Warrant issued by the Court on September 19, 2001 in case number 00-6010-TP-COHN, against the above named defendant.

Further, the period of Probation supervision in case number 00-6010-TP-COHN is hereby terminated.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 6/5/08

JAMES I. COHN
UNITED STATES DISTRICT COURT JUDGE

cc:   U.S. Attorney ( Michael Walleisa , AUSA)
      Charles Jaffee, Esq.
      U.S. Marshal
      Chief Probation Officer
      Pretrial Services